UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAYMOND N. WILL,

        Petitioner,

vs.                            Case No. 3:05-cv-1071-J-12HTS

FLA. D.O.C., et al,

        Respondents.

_____

### ORDER

1. Petitioner's December 1, 2005, Motion for Reconsideration (Doc. #10) is **GRANTED**. Accordingly, the Court's November 16, 2005, Order of Dismissal Without Prejudice (Doc. #8) is hereby **VACATED**, and the Clerk of the Court shall **REOPEN** this case.

2. Petitioner failed to comply with Section VII of the Affidavit of Indigency (Doc. #11), which requires a computer printout prepared by the institution, a bank ledger card prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all transactions in his prisoner account for the six (6) months preceding the filing of the Petition. If there have not been any transactions in the prison account during this period, an authorized officer or Petitioner in a notarized statement must state the following: "There have not been any deposits or withdrawals in this prisoner's account for the period from

_____ to _____." (Fill in blanks). Further, if Petitioner did not have a prison account for this period of time, an authorized officer or Petitioner in a notarized statement must inform the Court. Petitioner must submit a computer printout or notarized statement that contains all the transactions in his prisoner account for the period from April 11, 2005, through October 11, 2005 (the six months preceding the filing of his Petition). Failure to do so within **THIRTY (30) DAYS** from the date of this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 14TH day of December, 2005.

                                                  _Howell W. Melton_
                                           UNITED STATES DISTRICT JUDGE

ps 12/14
c:
Raymond N. Will

2